LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
SHANNON D. NORDSTROM, ESQ.
Nevada Bar No. 8211
MARK A. ROUSE, ESQ.
Nevada Bar No. 12273
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144
Telephone: (702) 382-1500
Facsimile: (702) 382-1512
jgarin@lipsonneilson.com
snordstrom@lipsonneilson.com
cherrera@lipsonneilson.com

*Attorneys for Defendant*
*DESERT SALES ACADEMY, INC.*
*a Nevada Corporation d/b/a LIGHTSPEED VT*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT MORRISON, | CASE NO.: 2:13-cv-01246-MMD-PAL |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| DESERT SALES ACADEMY INC., a Nevada Corporation d/b/a LIGHTSPEED VT, | |
| Defendants. | |

///
///
///
///
///
///
///
///

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED to by Plaintiff, ROBERT MORRISON and Defendant DESERT SALES ACADEMY INC., a Nevada Corporation d/b/a LIGHTSPEED VT, by and through their respective counsel of record, that the above-entitled matter is hereby dismissed in its entirety with prejudice, with each of the parties to bear their own attorney's fees and costs.

Dated: November 6, 2013

THE BOURASSA LAW GROUP, LLC

By: _____
MARK J. BOURASSA, ESQ.
Nevada Bar No. 7999
8668 Spring Mountain Rd., Ste. 101
Las Vegas, Nevada 89117
*Attorneys for Plaintiff*

Dated: November 11, 2013

LIPSON, NEILSON, COLE, SELTZER & GARIN

By: _____
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
SHANNON D. NORDSTROM, ESQ.
Nevada Bar No. 8211
MARK A. ROUSE, ESQ.
Nevada Bar No. 12273
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500
*Attorneys for Defendant*

-2-

*ROBERT MORRISON vs. DESERT SALES ACADEMY, INC.*
CASE NO. 2:13-cv-01246-MMD-PAL

## ORDER OF DISMISSAL

Based on the foregoing stipulation of the parties, it is hereby ORDERED that Plaintiff's Complaint is dismissed in its entirety, with prejudice, and each party is to bear their own attorney's fees and costs.

IT IS SO ORDERED.

Dated this 12th day of November, 2013.

_____
UNITED STATES DISTRICT JUDGE

- 3 -